IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANNY J. CHASE,**

    **Plaintiff,**

**vs.**                                                                       **Case No. 4:15cv342-RH/CAS**

**SOCIAL SECURITY A.D.D.,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff Danny J. Chase, proceeding pro se and with in forma pauperis status, *see* docs. 2 and 4, filed a complaint, doc. 1, seeking the reinstatement of Supplemental Security Income [SSI] benefits.  After review of the complaint, an Order was entered directing Mr. Chase to file an amended complaint.  Doc. 4.  The order noted that Mr. Chase had not indicated he had yet received an official decision, much less an adverse decision, which denied him SSI benefits.  *Id.*  Thus, because it did not appear that Mr. Chase had exhausted the administrative remedies available from the Commissioner of Social Security, he was required to submit an amended complaint on or before August 13, 2015.  *Id.*  He was specifically directed to "clarify the events concerning the loss of benefits and explain how he has exhausted administrative remedies in seeking the restoration of benefits."  *Id.*

As of this date, Mr. Chase has not filed the amended complaint. The deadline has well passed. Mr. Chase was warned that failure to comply with the Order would result in a recommendation of dismissal of this action. Doc. 4. This case should now be dismissed for failure to comply with a Court Order and failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a Court Order directing the filing of an amended complaint.

**IN CHAMBERS** at Tallahassee, Florida, on September 29, 2015.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**